UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **Patrina Coulon**<br>*Plaintiff* | * <br> * <br> * | Civil Action No. 6:21-CV-00019 |
| vs. | * <br> * | Judge James D. Cain, Jr. |
| **St. Mary Parish School Board, Teresa Bagwell, Does 1-10, ABC Insurance Companies**<br>*Defendants* | * <br> * <br> * <br> * | Magistrate Patrick J. Hanna |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TABLE OF CONTENTS

FACT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

LAW AND ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

    I.    Summary Judgment Standard. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    II.   Legal Analysis and Argument. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

        A.   No Title VII Sexual Harassment and/or
              Hostile Working Environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

        B.   No Discrimination Pursuant to Federal and/or Louisiana law, and No
              Unlawful Retaliation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

            1.   Plaintiff has failed to establish a
                  prima facie case of retaliation . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

            2.   The School Board has presented a legitimate, nondiscriminatory and
                  non-retaliatory reason for its actions and Plaintiff has presented no
                  evidence sufficient to show the stated reason was pretextual. . . . . 19

        C.   No Breach of Implied Covenant and Fair Dealing. . . . . . . . . . . . . . . . . . . 21

        D.   No Breach of Louisiana Whistleblower Act. . . . . . . . . . . . . . . . . . . . . . . . 22

        E.   Plaintiff has Asserted a Frivolous Claims. . . . . . . . . . . . . . . . . . . . . . . . . . 24

CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25