UNITED STATES DISTRICT COURT
WESTERN  DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| Patrina Coulon | * | Civil Action No. 6:21-CV-00019 |
| *Plaintiff* | * | |
| | * | |
| vs. | * | Judge James D. Cain, Jr. |
| | * | |
| St. Mary Parish School Board, Teresa | * | |
| Bagwell, Does 1-10, ABC Insurance Companies | * | Magistrate Patrick J. Hanna |
| *Defendants* | * | |
| | * | |

*******************************************************************************

## TABLE OF AUTHORITIES

## CASES

*Ackel v. Nat'l Commc'ns, Inc.,*
  339 F.3d 376, 381–82 (5th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13, 14

*Adams v. Franklin Parish School Board,*
  2021 WL 1269124 at 6, ((W.D. La. 2021) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  19

*Alcorn v. City of Baton Rouge,*
  02–0952 (La.App. 1st Cir.12/30/04).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  14

*Anderson v. Liberty Lobby, Inc.,*
  477 U.S. 242, 248, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986) . . . . . . . . . . . . . . . . . . . . . . .  12

*Aryain v. Wal–Mart Stores of Texas, LP,*
  534 F.3d 473, 479 (5th Cir.2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  15

*Baldwin v. Board of Supervisors for University of Louisiana System,*
  2019-0811 (La. App. 1st Cir. 2/21/20). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  16

*Bodenheimer v. PPG Indus., Inc.,*
  5 F.3d 955, 957 (5th Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  19

*Bonanza Int'l, Inc. v. Restaurant Management Consultants, Inc.,*
  625 F.Supp. 1431, 1445 (E.D.La.1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  21

*Brill v. Catfish Shaks of America,*
  727 F.Supp. 1035, 1039 (E.D.La.1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  21

*Broussard v. Bd. of Supervisors of Louisiana State Univ. & A & M Coll.,*
  No. CV 19-00527-BAJ-RLB, 2021 WL 2878268, at *9 (M.D. La. July 8, 2021) . . . . . . . . .  24

*Brown v. Vaughn,*
589 So.2d 63, 65 (La.App. 1st Cir.1991). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14

*Celotex Corporation v. Catrett,*
477 U.S. 317, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986). . . . . . . . . . . . . . . . . . . . . . . . . .   12

*Clark v. Am.'s Favorite Chicken Co.,*
110 F.3d 295, 297 (5th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   21

*E.E.O.C. v. WC & M Enterprises, Inc.,*
496 F.3d 393, 399 (5th Cir.2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14

*Grisaffi v. Dillard Dep't Stores, Inc.,*
43 F. 3d 982, 983 (5th Cir.1995). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   21

*Hale v. Touro Infirmary,*
2004-0003 (La. App. 4 Cir. 11/3/04). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   23, 24

*Hanna v. Shell Expl. & Prod., Inc.,*
2017-0293 (La. App. 4 Cir. 12/6/17), 234 So. 3d 179, 194 . . . . . . . . . . . . . . . . . . . . . .   24

*Johnson v. TCB Const. Co., Inc.,*
334 Fed.Appx. 666, 670–71 (5th Cir.2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14

*King v. W.W. Grainger Inc.,*
502 Fed.Appx. 360, 362 (5th Cir. 2012). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   20

*McCoy v. City of Shreveport,*
492 F.3d 551, 556 (5th Cir. 2007), . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   17

*McDonnell Douglas Corporation v. Green,*
411 U.S. 792, 802-05 (1973). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   17, 19

*Morris v. Town of Independence,*
No. 14-1523, 2015 WL 6134108, *4 (E.D. La. 2015). . . . . . . . . . . . . . . . . . . . . . . . . . .   17

*Newman v. Guedry,*
703 F.3d 757, 761 (5th Cir.2012). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   12

*Stewart v. Miss. Transp. Commission,*
586 F.3d at 330–31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14

## **STATUTES**

42 U.S.C. § 2000e, *et seq* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  16

Federal Rule of Civil Procedure 56(C) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  12

La. R.S. 23:297 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23

La. R.S. § 23:301, *et seq.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  17

La. R.S. 23:332(A)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  16

La. R.S. 23:332(A)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  16

La. R.S. 23:967 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  22, 23

La. R.S. 23:967(A)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23

La. R.S. 23:967(C)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23

La. R.S. 23:967(D) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23

Louisiana Whistleblower Act . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13, 22, 23, 24

Title VII of the Civil Rights Act of 1964 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13, 16