## DECLARATION OF DEBRA MCCLARITY

I, Debra McClarity, have read this declaration and hereby agree, under penalty of perjury, that I have personal knowledge of, do certify, and further state:

1. I have been employed with the St. Mary Parish School Board for approximately 37 years.

2. I have been in the Department of Special Education for the past six (6) years, first as Special Education Supervisor (4 years) and then as Director (2 years).

3. Barbara Lancelin is the Special education Coordinator of Discipline and Instructional Services within my department.  Ms. Lancelin also serves as the School Board's Title IX Coordinator.  I am Ms. Lancelin's direct supervisor.

4. During the past six (6) years, it has been my responsibility to determine how many special education paraprofessionals are needed at each school at any given time based on the number of special education students and level of need.  Paraprofessionals are paid through funds specifically designated for students with disabilities by the federal government, and I must be able to show justification for expenditures of federal funds.

5. Depending on needs of students and available full-time employee paraprofessionals, it is my responsibility to determine how many substitute paraprofessionals are needed and how many full-time, permanently hired paraprofessionals are needed at each individual school-site.  All substitute paraprofessionals are hired as day-to-day substitutes, and some are placed in positions as long-term substitute paraprofessionals for various reasons.  For example, a long-term substitute may be placed to substitute for a permanent paraprofessional who is out on leave.  Or a substitute could be placed into a vacant position until an individual with the required certifications is hired.

**Exhibit E**

6.  Long-term substitute positions are not for any specified period and are subject to end at any time.  For example, an assignment would end when a full-time paraprofessional out on leave returns to school.  Or, when a full-time paraprofessional with the necessary certifications is hired for a vacant position.

7.  There is one self-contained classroom at Morgan City High School, taught by Ms. Marilyn Guarisco.  This class has students with significant disabilities, some with medical needs.

8.  A self-contained setting is one where the students remain in that class for the entirety of the school-day due to having significant cognitive and/or physical needs.   The students learn a modified curriculum based upon their specific needs as determined by their Individual Education Plan (IEP).

9.  There is also a combined setting at Morgan City High School, taught by Ms. Sabrina Gaspard.  These students are higher functioning than those that are in Ms. Guarisco's classroom but still have significant needs.  The students in Ms. Gaspard's class attend part of the day in a self-contained classroom and one to two periods per day in the special education resource classroom.  The students in the resource classroom are learning a traditional High School curriculum with modifications and accommodations per an Individual Education Program (IEP) developed for each student.  The content of the resource classroom is much more rigorous than in the self-contained classroom due to higher levels of student functioning.

10. The resource special education classroom has the most high-functioning students, and all students receive some services in regular education classrooms.   We have one paraprofessional assigned to resource, Ms. Beverly Morris, who provides services to

students both in the special education resource classroom and to students as they attend regular classes, pursuant to their IEPs.  Ms. Morris is a full-time employee with the proper certifications and experience to provide the type of assistance being provided to these students.

11. During the 2018-2019 and 2019-2020 school years, I allotted three (3) paraprofessionals to Morgan City High School, with one (1) assigned to the self-contained classroom all day (Ms. Kinchen), one assigned primarily to Ms. Gaspard's classroom and who would provide some assistance to Ms Guarisco throughout the day (Ms. Coulon), and the third to work with the more high-functioning students (Ms. Morris).  We were seeking to hire two (2) Licensed Professional Nurses (LPN) paraprofessionals for Ms. Guarisco's and Ms. Gaspard's classrooms.

12. Ms. Shantel Kinchen is a full-time permanent (non-substitute) paraprofessional.  She was initially placed in Morgan City High School's self-contained class as a long-term substitute paraprofessional in Spring of 2019, and became a permanent paraprofessional in Fall of 2019, continuing to serve the self-contained special education classroom at Morgan City High School through that semester.

13. Ms. Coulon served as a long-term substitute paraprofessional at Morgan City High School during the Spring semester of the 2018-2019 school year, and for a portion of the Fall semester during the 2019-2020 school year, assigned primarily to Ms. Gaspard's classroom and to provide assistance to Ms. Guarisco's students.

14. On or about October 25, 2019, I was notified by Mr. Mickey Fabre, Principal of Morgan City High School, of a verbal altercation between Ms. Coulon and Ms. Gaspard, and that

Ms. Coulon had advised she no longer wished to work as a paraprofessional in Ms. Gaspard's classroom.  The basis of the argument was that Ms. Coulon had been neglecting to go to Ms. Gaspard's classroom as scheduled. Ms. Coulon had advised that she did not wish to work with "those" students.  Mr. Fabre investigated the matter and meted out appropriate disciplinary action to both parties in the form of written reprimands.  As of that date and time, Ms. Coulon had not indicated that she had been subjected to harassment of any nature.

15. I went to the school on October 28, 2019 to discuss the matter with the special education teachers and paraprofessionals such that I could make a determination as to staffing.   It was at that time that Ms. Coulon alleged that she had been subjected to sexual harassment.

16. Pursuant to School Board Policy GAEAA, I immediately initiated an investigation of the matter.  I notified Barbara Lancelin as Title IX coordinator, and I acted as the designee for the investigative process, along with Mr. Fabre.  Our first step was to meet with Ms. Coulon to discuss her concerns, and we did that on October 28, 2019 (See Attachment A – Complaint and Investigation).

17. On October 29, 2019 and October 30, 2019, I returned to the school and Mr. Fabre and I interviewed all witnesses, including those who were accused of participating in harassing behavior.  We also reviewed text messages shared with us by employees and Ms. Coulon and met with Ms. Coulon a second time to ask follow-up questions and discuss the investigation.  At that time Ms. Coulon admitted to deleting some of her text messages

before sharing them with us and admitted to going to the movies with one of the alleged harassers as "friends" in the past.

18. Based on all information gleaned from the investigation we determined that the parties had obviously been friends and engaged in some colorful conversations among one another, but that all parties were willing participants and there was no sexual harassment.

19.  Mr. Fabre and I notified Ms. Coulon of the determination.  Because Ms. Coulon did not want to return to Ms. Gaspard's and Ms. Guarisco's classrooms, Mr. Fabre temporarily placed her in a science class that had some special education students as we took time to figure out the staffing.

20. I informed Suzanne Bergeron, Director of Human Resources, of our findings.  Ms. Bergeron was out recruiting, and we planned to meet at Morgan City High School upon her return on November 5, 2019 to discuss paraprofessional staffing for the special education classrooms at Morgan City High School.  In the interim, because Morgan City High School was allotted three (3) paraprofessionals, Mr. Fabre was able to retain Ms. Coulon at the school and utilized her as best he could while we considered more appropriate staffing arrangements.

21. On the night of November 4, 2019, I had become very ill, was rushed to the hospital, and underwent emergency surgery.  I was out on sick leave until after the holiday break because of my condition.  I kept in touch with my staff and was able to accomplish some work remotely during my absence.

22. Because my illness came about during the investigation process, I did not send out written notification indicating the results of the investigation; however, prior to my taking ill all

parties were notified verbally of the determination that Ms. Coulon's allegation of sexual harassment could not be substantiated.

23. In late November or early December two LPN paraprofessionals were hired and the plan was to place them both at Morgan City High School.  I was still out on leave, so Ms. Bergeron went to the school to notify both Ms. Kinchen and Ms. Coulon that their services at Morgan City High School were coming to an end.

24. As a full-time permanent employee, Ms. Kinchen was notified that she would be transferred to another school.  There was no need for any additional long-term substitute paraprofessionals in the district at the time, so Ms. Coulon was placed back on a day-by-day substitute status.  It should be noted that regardless of whether one or two LPNs had been hired, once any paraprofessional was placed into Ms. Gaspard's classroom, Ms. Coulon's placement at Morgan City High School would come to an end to ensure compliance with the three (3) paraprofessional allotment.

25. As it turned out, one of the LPN's withdrew from the position before even starting to work, and ultimately another non-LPN paraprofessional was hired to take that still vacant spot.  The person placed has been hired as a full-time paraprofessional having applied for such a position as she works on obtaining her certification in education.

26. Ms. Coulon was not fired or terminated from her employment and remained on the substitute list.

27. I have never had any other complaints of harassment, sexual or otherwise, about Ms. Gaspard, Ms. Guarisco, Ms. Kinchen, Ms. Morris, or Sgt. Stubbs, nor have I been informed of any inappropriate comments or actions by any of them.

28. Pursuant to <u>28 U.S.C. § 1746</u>, I declare under penalty of perjury in accordance with the laws of the United States of America that the foregoing statements are true and correct.

**EXECUTED,** this the 23rd day of March, 2022

_/s/_  _**Debra McClarity**_
Debra McClarity
Director of Special Education

**ATTACHMENT A**
**MCCLARITY DECLARATION**

### ST. MARY PARISH SCHOOLS
### CONFERENCE DOCUMENTATION

DATE: October 25, 2019

CHECK ONE: ✓ DISCIPLINARY    ☐ INFORMATIONAL

PERSONNEL CATEGORY: ☐ CERTIFICATED    ☐ SUPPORT

SCHOOL NAME: Morgan City High

EMPLOYEE ID NUMBER:

PERSON CONFERRING WITH: Patrina Coulon, Paraeducator

REASON FOR CONFERENCE: Verbal Altercation with Teacher (Occurred on 10/23/19)

ITEMS DISCUSSED:

*Verbal altercation occurred between paraeducator and the teacher that she is assigned to work with during 3 periods of the school day. The altercation escalated into a loud situation in which another teacher had to intervene. Fortunately, no students were present during the incident.
*Paraeducator had failed to go to her assigned class for at least the past week prior to incident.
*Paraeducator utilizes phone during instructional time.

COMMENTS:

It is always important to remain professional at all times. You should have come to administration when you had concerns about the classroom you were assigned to work in and the responsibilities that you were given to keep the situation from escalating.
You are always to go to assigned classes at assigned times. You were hired to work with ALL special education students. Another teacher cannot give you permission to ignore your assigned responsibilities.
Board policy states that cell phones are never to be utilized during instructional time.

PLEASE NOTE THAT HAVING DOCUMENTED THESE CONCERNS IN WRITING, I DO NOT INTEND TO TALK TO YOU ABOUT THESE ISSUES AGAIN. IF YOU DO NOT FOLLOW ANY AND ALL PROCEDURE(S) AND DIRECTIVE(S) CITED ABOVE, YOU WILL BE WRITTEN UP AND FORMALLY REPRIMANDED.

SIGNATURE OF PERSON CONDUCTING CONFERENCE     SIGNATURE OF WITNESS (IF ANY)

NAME OF PERSON CONDUCTING CONFERENCE (Print or Type): Mickey P. Fabre, Principal

NAME OF WITNESS (Print or Type)

My signature below acknowledges <u>receipt of this document</u> but is not an admission of guilt/agreement with the contents thereof. I further understand that failure to sign this document may constitute willful neglect of duty and may be grounds for disciplinary action. I understand that a copy of this document will be placed in my personnel file. I have the right to file a rebuttal or response within fifteen (15) days of today's date, which will be attached to this document and will be placed in my personnel file.

EMPLOYEE COMMENTS:

SIGNATURE OF EMPLOYEE     DATE: 10 25 19

CENTRAL OFFICE USE ONLY
Reviewed by and Date:
Suzanne Burgeon 10/31/19

Original and a copy: Employee
CC: School Office
Central Office Personnel File

SB000048

Sabrina call while I was in 3rd period and ask can I come make some copies. Which was the Transitional paper work she was working on.  Then she made the statement that I have to come to her class at my schedule time. So I told her that I had been speaking to Mrs Guarisco about getting out coming to her class.  I was scare of getting into trouble because she have no control of those kids which is only 6. I then left because that wasn't my assign class period when she called.  I then went speak to Mrs. Guarisco she then call Sabrina to see if we can solve the issue.  So I then told Sabrina my concern and she mention about me being on my phone.  I told to kept my phone just incase yall need me. So I said I shouldn't be doing your work I should be working with Mrs. Guarisco Kids that's what I was agreeing to do.  When I said that she got upset and started talking about my phone and I said Mrs. Guarisco do all your work you don't know how to do an IEP if Mr. Fabre ask you. And I don't have no problem helping any kid her, I have a problem doing all your work. I'm not helping the kids because im doing all your work. Im Making all your copies, getting your IEP signatures and bring everything to the pony for you when I'm suppose to be with Mrs. Guarisco kids.  Mrs. Guarisco was like this enough and I ask can I please go talk To Mr. Fabre about getting me out of her class. Which I been telling Mrs. Guarisco my concerns about the class and the only reason why I had my phone was because I was told to have my phone.

Patrina Cowen

SB000049

Sabrina Gaspard                    10-23-19
                                   4th period

I have been talking to Mrs. Guarisco about different ways to get Trivia to come to my classroom because it is her schedule. She said on more than one time in front of the students, that helping in my class is not her job. I didn't like the comment in front of my students from another time. After that situation, I wouldn't call for her to go back in my room to help me. Today, Mrs. Guarisco came into my room to check on the IEP transition papers for our seniors, cause she was working on hers. I showed her I did mine but had a question on one of the forms. I asked her where Trivia was at and she said in her room. I asked Trivia to come to my room so we can talk. I told her that she needs to be in my room for 1st, 2nd, and 4th period because we can work together for the students. I told Trivia she can go to the table with Beth and Russell. She refused and said in front of the class she didn't want to do my job. A couple of weeks ago, I had her work with Tyler and Ja'Khyri in the back of the room on math. She said

SB000050

She didn't want to do it again because it is my job. She said the students don't listen to her and she don't want someone coming to my room and seeing that happen. She also said they try to correct her and she gets mad and want to leave and go back to Mrs. Guarisco's room. She said they talk too much and I let them run over me. The students were doing their assignments and stopped to look up at her. I had to defend my students. I told her, if you were in my classroom when you are suppose to then you can see how hard my students work. I told her I can pull all their work from last year and this year. She was upset and said "I know Mrs. Guarisco told you to say something to me because she just talked to me about it." I told her no that Mrs. Guarisco didn't talk to me. She said I'm going talk to Mrs. Guarisco cause we need to get this straight. I don't think I should be doing your job and I just might have to go talk to Mr. Fabre. I told her that was fine with me. She left and slammed my door.

Mrs. Guarisco asked me to come to her room so we can discuss Virra's schedule. Mrs. Guarisco

said let's stand outside her door. Before I could even say a word she said "I don't want to go into your room and do your job. I don't do shit and Mrs. Guarisco does all my work." I told her that is not true and if you were in my room long enough you would see what I work on a daily basis. She said she didn't know it was her schedule to come to my room every day. So, I asked her you didn't get and sign a schedule from Mr. Tabue. I was sitting down at the time, and she said well yes, but I don't want to do your work. I stood up and said you never done my work. I get you to make copies for my class just so you can come to my room. I told her if you would stay off your phone and help me with students than maybe you will like coming to see some improvement. She started to raise up her voice and said she didn't want to work with those kids. I told her that is our job. She said well maybe I will only work with Beth and Russell. I said if another student needs your help, you won't help them. She said I should not have to do your job. Mrs. Guarisco had to get in the middle of us because she started

④

getting closer and like close to my face. Trinia said she was going talk to Mr. Fabre cause she didn't want to work with those students or in my class. Mrs. Guarisco told her to go. She told me to go to the bathroom and calm down. Mrs. Caesar came to check on the situation and asked me who were the students in my class at the time. For lunch Mrs. Guarisco and myself meet with Mr. Fabre for a meeting. He knew I was upset. He asked me questions and asked if I could write my statement down. He mentioned that Trinia told him that I told my students that I would give them a treat if they were good for my observation. I was shocked. She knew I am nervous but ready this year. I told her I stayed late about two weeks ago and asked Mrs. Jennifer Dehart to assist my teaching method and give me any advice. Mrs. Dehart was very kind and very patient with me. She showed me a great website that I can use in my classroom. We worked about two hours just collaborating on different activities. I didn't bring it up sooner cause she was out with doctor appointments. My job is very important to me

SB000053

and my students did not deserve their treatment of bullying today. My students are already trying hard to fit into school, they don't need anything extra negative in their life.

It all started Jan 11, 2017!!!

I was target because Guarisco, Kinchen + Beverly believe believe that Ms. McClarity had me here to report back to her. Ms. Beverly stated to me that I won't be around long and after after that it all started. The statement about blow jobs, how to do it. Which Mrs. Guarisco was the teacher. She went brought pickles to show me how to do it. She also took a banana and put to Ms. Beverly private part. Shantell and Stubb set for hours having sex talks in front of the kids. Shantell have her breast out every day to attempt the kids. She even made fun of ███████ private part between his legs getting big hard. They always talking about how her breast is. She also told me about the beads you buy to put in your butt.

SB000055

to relax your butt muscles. ~~They~~ Shantell also brough ~~to~~ 2 lingerie to give to me at school. ⊘ But Gasperd ask for them. Guarisco also offer stubb her body and Shantell body on ~~sere~~ several occasions. ▮▮▮▮ who was a ~~formal~~ Students was ~~so~~ in love with Shantell because ~~to the~~ ~~was by~~ she ~~told~~ wear her ~~tight~~ pants and have all her breast out. Now ⊘ Jahkair is in love with her and he never want to leave her desk. ~~They~~ Guarisco also do Shantell ~~schoo~~ online school ~~work~~ work ⊘ in the class. room: Ms. Guarisco does her online work ~~for~~ her in class as well. ~~nes~~ Ms. Beverly also treated Ashley a formal Student like ~~dirty~~ dirt and everybody knew (mrs. Guarisco+ Shantell). Mike ~~us~~ took trey and bend his arm hand because trey didn't ~~want to~~

SB000056

go to P.K. which Mike never took
him (before) he would just come back there and
eat breakfast every day and leave and
say he's going to the office. I
have Mrs. Guarisco on tape saying he was
wrong for handling ███████ like that.
Mike would also come in a work on
MC Housing Authority, driving lessons (Ed.) +
Court system work he was trying to get
that job, Also his apartments he look
after. He never clock in or out. Shantell
was sick last school year and see
was gone sign out didn't sign
out when she left to go to the Dr. but
had to text and tell Mrs. Guarisco to
sign her out LT got that texts as well).
mrs. Guarisco was gonna let her ride the
clock and get paid. Mike would also (always)
call Mrs. Guarisco or Shantell and ask them
did he had to come in. Shantell
didn't want me here because I had my

para a ~~tertif~~ certification and she
didn't so she would do all ~~kinds~~
kinds of things to get mrs. Guarisco to
treat me bad so I can quit because she was
~~scary said~~ mrs Debra McClarity would ~~hire~~ me
first. They ~~will~~ would say thing like "
McClarity never work she ~~its~~ always at ~~work~~
Rouses, You sure McClarity didn't send
you. Mrs. Guarisco only have me in
Mrs. Gasperd class because they didn't
want ~~me in~~ Beth in her class because
Gasperd show her a text that Stacy Sauce
sent her. ~~about wasn't coming~~ She
knew Beth ~~will~~ would tell everything.
I told mrs. Guarisco that they was going
to Jail. ~~because will tell everything~~
~~will not~~                         to put
Then she stated that I will ~~but~~
her in Gasperd a class because Gasperd
owe me because I do all her work.

SB000058

she made statement she don't know
how to do nothing her nor Mike.
Stubb always in the class. Mrs. Guarisco
~~so~~ was upset with me this last time
because I ask her ~~~~ to respectfully
to stop calling me out my name
which was (Bitch █). ~~I this the reason~~
~~they thing to~~ So now she have
Gasperd to write this statement on me. I
never miss class for those amount
of days. I only had my phone because
Mrs. Guarisco who I thought was my
boss until Mr. Fabre inform me otherwise
~~was that~~ she wasn't told me
to keep it at all times ~~at it~~ because
they had me ~~~~ going
between class and she would leave
out of the classroom ██ and I
needed to be in there with Shantell.

SB000059

was gonna tell on them

last year so mrs. Guarisco didn't

report ~~them~~ him.

SB000060

I only didn't tell Mr Fabre when I ~~didn't~~ Came in because mrs. Caesar passe me by in the hall also and say White don't eat white. Mrs. Guarisco would always say that Mr Fabre always do what she ask ~~him~~ to. I sure I have more when I go through my text and voice record and I will forward ~~it~~ it to the proper authority. ~~I ~~ ~~also h~~

Patrina Coulon

10/28/19

Interview conducted with Miss P. Coulon on 10/28/19

- Said that she was given two pieces of lingerie during school (in a bag) while in the special education classroom.
- Said that the teacher, Mrs. Guarisco, "Got a pickle to show me how to do a blow job in class." Stated that the teacher said "Trina, look" and had a pickle in her mouth. She thinks this happened in April 2019.
- Claimed that the other paraeducator in the room, Mrs. Shantell Kinchen, and a male teacher talk nasty in front of the students because they don't think that the students comprehend. Said that she has heard the male teacher tell Mrs. Kinchen that he will come to her house when her husband is not home. Said that the male teacher visits the classroom frequently to talk with Mrs. Kinchen. Said that she has overhead the teacher talk about how his hand is large and how that correlates to his private area.
- Said that the APE teacher (Coach Giroir), forcefully grabbed a student in class (███████ ████████ and twisted his arm behind his back. He told everyone he was trained to handle the students (CPI) when they don't listen. According to Mrs. Coulon, all 3 of them (Coulon, Kinchen, and Guarisco) observed the incident. Mrs. Coulon was very upset and went to the restroom. When she came out, she recorded the conversation that she had with the teacher about the incident. Said that "Mrs. G said she didn't like what Mike did to Trey." Also stated that Mrs. Kinchen was on Mike's side because he has unlocked her car many times.
- Mrs. Coulon said that she was afraid to tell the principal everything and changed her story after an argument with Mrs. Sabrina Gaspard (special ed teacher) because Mrs. Kimberly Caesar (Assistant Principal) told her "White don't eat white. Remember that." When asked what this meant during the interview, Mrs. Coulon said it is a saying in the black community which means that whites won't take disciplinary action against other whites.
- Claims that Mrs. Kinchen dresses provocatively. When she sees that a male student ████ has an erection, she makes him stand up and says "Look at this Trina."
- Said that an incident occurred in which the teacher "took a banana and put it to her private part to show Miss Bev." (Beverly Morse is a paraeducator at the school.
- Claims that a student, Tyler Gros, wanted to come and tell the principal stuff that was going on in the class when the ladies made him mad in class one day last school year.
- Mrs. Coulon claims that she told Mrs. Kinchen that she was going to jail because of the way she dresses for the students. Claims some of the young males are in love with Mrs. Kinchen.
- Claims that Mrs. Guarisco said "Mrs. McClarity doesn't work. She is always at Rouses." So Mrs. Coulon said that she went to look for Mrs. McClarity at Rouse's to talk to her about these concerns.
- Claims she didn't go to her assigned class with Mrs. Gaspard because Mrs. Guarisco told her not to go to the class.
- Stated that they group text each other during instructional time.

Interviews conducted on 10/29/19

████████ Student)

- Said that he doesn't recall ever having to tell the principal anything that happened in class.
- Said that Sgt. Stubbs comes to classroom a couple times per week. Tells the students things that they need to know like about alternate classes.
- Said that Sgt. Stubbs visits with Mrs. Kinchen and Mrs. Guarisco while in the room.

Beverly Morse (Paraeducator)

- Did not recall banana incident that was told by Mrs. Coulon.
- Stated that Mrs. Guarisco and the paras in her room have a good relationship. Said "They are all laughing and playing with each other."
- Claimed that Mrs. Coulon is very petty. She recalled an incident from last year in which Mrs. Coulon claimed that Mrs. Morse was mean to her because she didn't want her working at MCHS.
- Said that Mrs. Coulon said that she didn't want to work with the kids in Mrs. Gaspard's class. That upset Mrs. Gaspard. "Mrs. Gaspard works hard. She tries to do her IEPs and teaches her class.
- Said that Mrs. Guarisco will help you if you need help.
- Patrina has an earbud in her ear and talks on her phone during class time.

Marilyn Guarisco (Teacher)

- Stated that situation is not getting better in the classroom between Mrs. Coulon and Mrs. Gaspard after their argument last week. "I was just in the process of changing her schedule because she wanted to take a lunch. Patrina doesn't talk to us anymore. I don't like conflict." (Teacher was reminded that she does not have the authority to change schedules).

- Mrs. Guarisco was asked about the alleged comments that she made about hiring Mrs. Coulon to spy on them and Mrs. McClarity being at Rouse's during the day instead of at work. Mrs. Guarisco denied making both comments.
- Went on to explain that Mrs. Coulon is upset because she has a lot of anxiety due to her daughter being ill.
- Stated that Mrs. Coulon wears an earpiece (connected to phone) and carries on conversations with her husband during class.
- Said that Mrs. Coulon and another teacher were talking about a banana (in a sexual) way at the school. Refused to name teacher.
- Smiled when the question was asked about the male teacher visiting classroom. Refused to answer at first. Said that Mrs. Kinchen was married and didn't want to get her in trouble. Eventually said that she has heard them talking about inappropriate things but she couldn't recall what those things were. Said that she sees them whispering to each other.

SB000063

- Was asked about the incident involving Trey and Coach Giroir.  She denied being present or having any knowledge of the incident. "Absolutely not. Nobody will touch my babies. I would have went completely off."
- Eventually admitted to texting during the school day.

Shantell Kinchen (Paraeducator)

- Said that Mrs. Coulon doesn't talk to them. "It has gotten cold."
- Said she doesn't text during instructional time.
- Said that Stubbs and Williams go the special needs classroom to visit the students and check on their uniforms.
- Said that she never heard Sgt. Stubbs say anything inappropriate to her.

Sabrina Gaspard (Teacher)

- Kept stressing how upset she was that Mrs. Coulon said in class that she wouldn't help the students. After making that statement several times, she was asked why she didn't report it to administration if the comment made her so upset. She had no answer.
- Said that Mrs. Coulon has a phone bud in her ear and is on the phone a lot during class.
- Said that Mrs. Coulon keeps a laptop screen up so she can't tell if she texts on phone during class.
- Said she was unaware of several of the inappropriate comments that had been sent in a group text. Said she may have not read them.

Patrina Coulon (Paraeducator)

- Admitted to deleting her comments from group texts that she had sent to principal the previous day.
- Confirmed that all 3 (Guarisco, Coulon, and Kinchen) were present when Coach Giroir grabbed ▮▮▮▮ast school year. (She gave a visual demonstration as to how the student was grabbed and his arm was bent behind his back.
- Said that Mrs. Guarisco and Mrs. Kinchen get a student named ▮▮▮ to be possessive about the new paras desk by telling her that it is her desk. The hope is that the student intimidates the new para so that she quits. Said that they told ▮▮▮hat it was okay for Mrs. Coulon to have the desk after they got to know her.
- Admitted to going to the movies with Mrs. Guarisco as friends in the past.
- Said they have asked her to go to Jamaica, to see the play "Wicked" and to go to Tampicos. She said she has come up with excuses to decline these invitations.
- Once again stated that Sgt. Stubbs comes into the room a lot (almost daily). Said that she has only seen Colonel Williams in the room on two occasions. Said that Sgt. Stubbs pulls up a chair and sits next to Mrs. Kinchen or sits on a table behind her desk. Claims to have heard him say some sexual comments. Said that Sgt. Stubbs cuts Miss Beverly's grass. Mrs. Kinchen tells

Beverly that she should "give him some" as payment for cutting the grass. These comments are made with students present.
- Stated that Mrs. Guarisco told her that Mr. Fabre take her recommendations and listen to them.


October 30, 2019

Bobby Stubbs (JROTC Instructor)

- Stated that he goes to see the kids and to mentor the young students. Said he goes in there frequently to visit, "Like once or twice a day." Purpose of the visit is to mentor students and to check that they are wearing uniforms properly. Talks to students who are in JROTC and are not in JROTC.
- Said that the other JROTC instructor also goes to the room to check on the kids.
- Stated that as a former member of the military, "I learned not to play in my own backyard." Referenced knowing better than to start a relationship with a coworker.
- Said that there are many rumors about him and females because everyone that he is seen speaking with ends up becoming an "affair".
- Claims that he talks to Mrs. Kinchen about her daughter Mia, a member of the military.

Corey Williams  (JROTC Instructor)

- Stated that he goes to the special needs classroom only once or twice per month.
- Acknowledged that Sgt. Stubbs visits the room much more frequently. Said that every time that he passes by the room, he sees Sgt. Stubbs talking with the students.