**DECLARATION OF NAKIYA ALLEN**

I, Nakiya Allen, have read this declaration and hereby agree, under penalty of perjury, that I have personal knowledge of, do certify, and further state:

1. I am employed with the St. Mary Parish School Board as a regular education teacher at Morgan City High School. I have been in that position for 9 years.

2. I have some special needs students assigned to my classroom part of the day. I work often with Ms. Sabrina Gaspard's students, and with some of Ms. Marilyn Guarisco's students.

3. I visit Ms. Gaspard's and Ms. Guarisco's classrooms on average once every 2 weeks.

4. I know Ms. Patrina Coulon and Ms. Shantel Kinchen through work and by attending the same church. I know Ms. Gaspard and Ms. Guarisco through work.

5. It was my perception when Ms. Coulon was working at Morgan City High School that she, Ms. Gaspard, Ms. Guarisco, and Ms. Kinchen were both coworkers and friends outside of the work environment. They would get together for dinner and other get togethers, and Ms. Coulon was invited and included in their activities. They appeared to all get along very well.

6. The first I heard of any problems with Ms. Coulon and the special education team was that she and Ms. Gaspard had a verbal altercation that turned into a screaming match. I do not know what prompted the incident or what it was about, and only know about the incident through secondhand talk around school. I have no direct knowledge regarding the incident, and I was not a witness to the incident.

7. In my experience Ms. Gaspard, Ms. Guarisco, and Ms. Kinchen have always been professional and are good with the students.

**Exhibit J**

8. In all of my years going into the special education classrooms I have never witnessed any sexualized activities nor heard any sexualized comments or conversations in Ms. Gaspard's or Ms. Guarisco's classroom.  In my experience the atmosphere within the special education classrooms is always professional and courteous.

9. I never witnessed anyone miming sexual acts at school with a pickle, banana, or any other object, nor have I heard any rumors of any such acts.

10. I have never seen Ms. Guarisco, Ms. Gaspard, Ms. Kinchen, or any other person mistreating the students in the special education classrooms, nor have I heard any rumors about any such mistreatment.

11. I have never received any complaints about mistreatment of the students in the special education classrooms.

12. I have never seen or heard Sgt. Stubbs make sexualized comments about Ms. Kinchen, either directly or indirectly, nor have I heard him engage in any sexualized conversations with Ms. Kinchen.

13. I have never heard any rumors about any sort of romantic or flirtatious relationship between Sgt. Stubbs and Ms. Kinchen.

14. I have never seen or heard Sgt. Stubbs act inappropriately with anyone at school or outside of school, nor have I seen or heard him make sexualized comments or have sexualized conversations with anyone.

15. As I understand it, Sgt. Stubbs knew Ms. Kinchen through her daughter's involvement in the ROTC program, and their conversations centered around her daughter, ROTC, college, and the military.

16. I have no knowledge or information as to why Ms. Coulon was removed from the special education classrooms and/or from Morgan City High School, nor of her employment status with the School Board.

17. Ms. Kimberly Caesar is the Assistant Principal at Morgan City High School. I have never heard her make any negative comments related to race, nor have I heard anyone complain that she made negative comments related to race. In my experience with Ms. Caesar, it seems wholly out of character for her to have told Ms. Coulon not to report harassment because "white don't eat white." Not only is this out of character, but in my experience there is no culture of racism at Morgan City High School that would warrant such a warning.

18. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury in accordance with the laws of the United States of America that the foregoing statements are true and correct.

**EXECUTED,** this the 24th day of March, 2022

*/s/ Nakiya Allen*
_____
Nakiya Allen