# ST. MARY PARISH SCHOOLS
## CONFERENCE DOCUMENTATION

**Exhibit M**

DATE: October 25, 2019

CHECK ONE: ✓ DISCIPLINARY  ☐ INFORMATIONAL

PERSONNEL CATEGORY: ☐ CERTIFICATED  ☐ SUPPORT

SCHOOL NAME: Morgan City High

EMPLOYEE ID NUMBER:

PERSON CONFERRING WITH: Patrina Coulon, Paraeducator

REASON FOR CONFERENCE: Verbal Altercation with Teacher (Occurred on 10/23/19)

**ITEMS DISCUSSED:**
*Verbal altercation occurred between paraeducator and the teacher that she is assigned to work with during 3 periods of the school day. The altercation escalated into a loud situation in which another teacher had to intervene. Fortunately, no students were present during the incident.
*Paraeducator had failed to go to her assigned class for at least the past week prior to incident.
*Paraeducator utilizes phone during instructional time.

**COMMENTS:**
It is always important to remain professional at all times. You should have come to administration when you had concerns about the classroom you were assigned to work in and the responsibilities that you were given to keep the situation from escalating.
You are always to go to assigned classes at assigned times. You were hired to work with ALL special education students. Another teacher cannot give you permission to ignore your assigned responsibilities.
Board policy states that cell phones are never to be utilized during instructional time.

PLEASE NOTE THAT HAVING DOCUMENTED THESE CONCERNS IN WRITING, I DO NOT INTEND TO TALK TO YOU ABOUT THESE ISSUES AGAIN. IF YOU DO NOT FOLLOW ANY AND ALL PROCEDURE(S) AND DIRECTIVE(S) CITED ABOVE, YOU WILL BE WRITTEN UP AND FORMALLY REPRIMANDED.

SIGNATURE OF PERSON CONDUCTING CONFERENCE: *[signed]*

NAME OF PERSON CONDUCTING CONFERENCE (Print or Type): Mickey P. Fabre, Principal

SIGNATURE OF WITNESS (IF ANY):

NAME OF WITNESS (Print or Type):

My signature below acknowledges receipt of this document but is not an admission of guilt/agreement with the contents thereof. I further understand that failure to sign this document may constitute willful neglect of duty and may be grounds for disciplinary action. I understand that a copy of this document will be placed in my personnel file. I have the right to file a rebuttal or response within fifteen (15) days of today's date, which will be attached to this document and will be placed in my personnel file.

**EMPLOYEE COMMENTS:**

SIGNATURE OF EMPLOYEE: *[signed] Patrina Coulon*  DATE: 10/25/19

CENTRAL OFFICE USE ONLY
Reviewed by and Date: *[signed] Suzanne Burgeon 10/31/19*

Original and a copy: Employee
CC: School Office
Central Office Personnel File

SB000048

Sabrina call while I was in 3rd period and ask can I come make some copies. Which was the Transitional paper work she was working on. Then she made the statement that I have to come to her class at my schedule time. So I told her that I had been speaking to Mrs Guarisco about getting out coming to her class. I was scare of getting into trouble because she have no control of those kids which is only 6. I then left because that wasn't my assign class period when she called. I then went speak to Mrs. Guarisco she then call Sabrina to see if we can solve the issue. So I then told Sabrina my concern and she mention about me being on my phone. I told to kept my phone just incase yall need me. So I said I shouldn't be doing your work I should be working with Mrs. Guarisco Kids that's what I was agreeing to do. When I said that she got upset and started talking about my phone and I said Mrs. Guarisco do all your work you don't know how to do an IEP if Mr. Fabre ask you. And I don't have no problem helping any kid her, I have a problem doing all your work. I'm not helping the kids because im doing all your work. Im Making all your copies, getting your IEP signatures and bring everything to the pony for you when I'm suppose to be with Mrs. Guarisco kids. Mrs. Guarisco was like this enough and I ask can I please go talk To Mr. Fabre about getting me out of her class. Which I been telling Mrs. Guarisco my concerns about the class and the only reason why I had my phone was because I was told to have my phone.

*Patrina Cowen* (signature)

Sabrina Gaspard     10-23-19
4th period

    I have been talking to Mrs. Duarisco about different ways to get Trinia to come to my classroom because it is her schedule. She said on more than one time in front of the students, that helping in my class is not her job. I didn't like the comment in front of my students from another time. After that situation, I wouldn't call for her to go back in my room to help me. Today, Mrs. Duarisco came into my room to check on the IEP transition papers for our seniors, cause she was working on hers. I showed her I did mine but had a question on one of the forms. I asked her where Trinia was at and she said in her room. I asked Trinia to come to my room so we can talk. I told her that she needs to be in my room for 1st, 2nd, and 4th period because we can work together for the students. I told Trinia she can go to the table with Beth and Russell. She refused and said in front of the class she didn't want to do my job. A couple of weeks ago, I had her work with Tyler and Ja'Khyri in the back of the room on math. She said

SB000050



she didn't want to do it again because it is my job. She said the students don't listen to her and she don't want someone coming to my room and seeing that happen. She also said they try to correct her and she gets mad and want to leave and go back to Mrs. Guarisco's room. She said they talk too much and I let them run over me. The students were doing their assignments and stopped to look up at her. I had to defend my students. I told her, if you were in my classroom when you are suppose to then you can see how hard my students work. I told her I can pull all their work from last year and this year. She was upset and said "I know Mrs. Guarisco told you to say something to me because she just talked to me about it." I told her no that Mrs. Guarisco didn't talk to me. She said I'm going talk to Mrs. Guarisco cause we need to get this straight. I don't think I should be doing your job and I just might have to go talk to Mr. Fabre. I told her that was fine with me. She left and slammed my door.

Mrs. Guarisco asked me to come to her room so we can discuss Viinia's schedule. Mrs. Guarisco

said let's stand outside her door. Before I could even say a word she said "I don't want to go into your room and do your job. I don't do shit and Mrs. Guarisco does all my work." I told her that is not true and if you were in my room long enough you would see what I work on a daily basis. She said she didn't know it was her schedule to come to my room everyday. So, I asked her you didn't get and sign a schedule from Mr. Fabre. I was sitting down at the time, and she said well yes, but I don't want to do your work. I stood up and said you never done my work. I get you to make copies for my class just so you can come to my room. I told her if you would stay off your phone and help me with students than maybe you will like coming to see some improvement. She started to raise up her voice and said she didn't want to work with those kids. I told her that is our job. She said well maybe I will only work with Beth and Russell. I said if another student needs your help, you won't help them. She said I should not have to do your job. Mrs. Guarisco had to get in the middle of us because she started

(4)

getting closer and like close to my face. Trinia said she was going talk to Mr. Fabre cause she didn't want to work with those students or in my class. Mrs. Guarisco told her to go. She told me to go to the bathroom and calm down. Mrs. Caesar came to check on the situation and asked me who were the students in my class at the time. For lunch Mrs. Guarisco and myself meet with Mr. Fabre for a meeting. He knew I was upset. He asked me questions and asked if I could write my statement down. He mentioned that Trinia told him that I told my students that I would give them a treat if they were good for my observation. I was shocked. She knew I am nervous but ready this year. I told her I stayed late about two weeks ago and asked Mrs. Jennifer Rehart to assist my teaching method and give me any advice. Mrs. Rehart was very kind and very patient with me. She showed me a great website that I can use in my classroom. We worked about two hours just collaborating on different activities. I didn't bring it up sooner cause she was out with doctor appointments. My job is very important to me.

SB000053

and my students did not deserve their treatment of bullying today. My students are already trying hard to fit into school, they don't need anything extra negative in their life.